UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GOLDMAN SACHS GROUP, INC. and GOLDMAN SACHS & CO. LLC,<br><br>        Petitioners,<br><br>  -against-<br><br>TIM LEISSNER,<br><br>        RESPONDENT. | 23-cv-05266 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  This case has been assigned to me for all purposes. On June 21, 2023, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

  Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by July 12, 2023. Respondent's opposition, if any, is due on August 2, 2023. Petitioners' reply, if any, is due on August 16, 2023.

  IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service of this Order;

  IT IS FURTHER ORDERED that the Petitioner shall file its affidavit of service of the Complaint promptly.

Dated: June 23, 2023
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge