UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
The Goldman Sachs Group, Inc. and
Goldman Sachs & Co. LLC,

                  Petitioners,

        v.

Tim Leissner,

                  Respondent.
------------------------------ x

Civil Case No. 23-5266

**REPLY IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD**

        On June 21, 2023, Petitioners filed a petition to confirm an arbitration award entered against Respondent.  ECF No. 1.  The Court ordered that Respondent's opposition to the petition, if any, was due on August 2, 2023.  ECF No. 7.

        Respondent has not opposed the petition to confirm the arbitration award.  Accordingly, Petitioners request that the Court enter an order and judgment at the earliest possible date.

Dated: August 16, 2023
       New York, New York

                                    *S/ Robert A. Sacks*
                                    Robert A. Sacks
                                    Nicole W. Friedlander
                                    Katherine M. Savarese
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York 10004
                                    Telephone:  (212) 558-4000
                                    Facsimile:  (212) 558-3588

                                    *Attorneys for Petitioners*