UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOLDMAN SACHS & CO. LLC and THE
GOLDMAN SACHS GROUP, INC.,

                         Petitioners,                    23 **CIVIL** 5266 (JLR)

        -against-                                      **JUDGMENT**

TIM LEISSNER,

                        Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 26, 2023, the Court grants Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: (a) The arbitration award dated July 27, 2022 is confirmed; (b) Respondent is ordered to pay Petitioners a total of $20,670,644 pursuant to the terms of the Award; (c) Respondent is ordered to pay Petitioners pre-judgment interest at a rate of ten percent per annum on the amount of the Award from July 27, 2022 until the date of Judgment in the amount of $2,582,414.70; and (d) Respondent is ordered to pay Petitioners interest at the federal post-judgment interest rate pursuant to 28 U.S.C. § 1961(a) from the date of Judgment. Accordingly, the case is closed.

**Dated**: New York, New York
         October 26, 2023

                                                                 **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                   **BY:**

                                                               _____
                                                               **Deputy Clerk**