UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDMAN SACHS & CO. LLC, et al.,

                                    Petitioners,

            -against-

TIM LEISSNER, et al.,

                                    Respondents.

Case No. 1:23-cv-05266 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of letters from the parties concerning a discovery dispute.  *See*

Dkts. 34-40.  The Court will hold a conference to discuss this dispute on **February 11, 2026**, at

**10:00 a.m.**  The conference will be held remotely via Microsoft Teams.  The public listen-only

line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 852 744

172#.

Dated:  February 4, 2026
        New York, New York

                                    SO ORDERED.

                                    _____
                                    JENNIFER L. ROCHON
                                    United States District Judge