**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

GOLDMAN SACHS & CO. LLC, *et al.,*

                          Plaintiffs,                                              **23 Civ. No. 5266 (JLR) (GS)**

            -against-
                                                                                   **VIDEO DISCOVERY**
TIM LEISSNER,                                                                       **CONFERENCE ORDER**

                          Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Discovery Conference on **Friday, February 27,**

**2026 at 10:00 a.m.**  Counsel for the parties are directed to join the conference via Microsoft

Teams at the scheduled time using the following link: Click here to join the meeting.

**Meeting ID: [267 756 382 013 68]  Passcode: [ep92iX3z]**

        **SO ORDERED.**

DATED:      New York, New York
            February 13, 2026

                                                            _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge