**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
GOLDMAN SACHS & CO. LLC, and THE
GOLDMAN SACHS GROUP, INC.,

Petitioners,

**23 Civ. 5266 (JLR) (GS)**

-against-

<u>**ORDER**</u>

TIM LEISSNER,

Respondent.

-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On February 27, 2026, the Court held a video conference with respect to Petitioners' letter motion to compel production from non-parties Kimora Lee Simmons ("Lee"), Robinson & Company LLC, and G. Robinson & Company, LLC (collectively, the "Non-Parties"), as well as from Respondent.  (Dkt. No. 34; *see* Dkt. Nos. 38 & 40).

As noted at the conference, discovery in this matter as to the Non-Parties has remained at a standstill, despite their having been subpoenaed many months ago and a protective order now being in place (Dkt. No. 33).  At the conference, Lee stated her position that much of the discovery Petitioners seek should be blocked by a post-nuptial agreement Lee entered into with Respondent Leissner in 2021. Petitioners object to the agreement's validity and asserted that, in any event, its existence is not a basis for precluding discovery at this time.  The Court granted Lee's request for expedited briefing on the topic.

Accordingly, and for the reasons discussed during the conference, it is hereby ORDERED that:

1. Lee shall produce an unredacted copy of the post-nuptial agreement to Petitioners by no later than Tuesday, March 3, 2026.

2. Lee shall file a letter brief, no longer than five single-spaced pages, by no later than 12 p.m. EST on Wednesday, March 4, 2026, stating her basis for why the post-nuptial agreement should preclude discovery as to any category of materials. Petitioners shall file their letter brief in response, also no longer than five single-spaced pages, by no later than the end of the day on Friday, March 6, 2026.

**SO ORDERED.**

DATED:    New York, New York
           February 27, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2