**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
GOLDMAN SACHS & CO. LLC, and THE
GOLDMAN SACHS GROUP, INC.,

                    Petitioners,

        -against-

TIM LEISSNER,

                    Respondent.
---------------------------------------------------------------------------X

**23 Civ. 5266 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Discovery Conference on Wednesday, April 22, 2026 at 11:00 a.m.  Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

       **SO ORDERED.**

DATED:     New York, New York
             April 3, 2026

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge