**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
GOLDMAN SACHS & CO. LLC, and THE
GOLDMAN SACHS GROUP, INC.,

                      Petitioners,

             -against-

TIM LEISSNER,

                      Respondent.

**23 Civ. 5266 (JLR) (GS)**

**ORDER**
--------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On April 22, 2026, the Court held a conference with respect to Petitioners' discovery disputes with non-parties Kimora Lee Simmons ("Lee") and Robinson & Company LLC and G. Robinson & Company, LLC (the "Robinson Entities") (collectively, the "Non-Parties"), as detailed in their April 17, 2026 status letter. (Dkt. No. 71).

For the reasons discussed, and as more fully explained, during the conference, it is hereby ORDERED that:

1. The Non-Parties shall substantially complete their "first phase" production of the agreed-upon Newland and Celsius documents in the possession of the Robinson Entities by no later than May 13, 2026;

2. Lee shall produce any non-duplicative documents in her possession, custody, or control identified as a result of her supplemental searches for non-communication Newland and Celsius documents, or provide a written

representation to Petitioners that no such documents were identified as a result of the search, by no later than May 13, 2026;

3.  Petitioners and the Non-Parties shall submit a joint status letter detailing their progress in discovery by no later than May 20, 2026; and

4.  This action is scheduled for a Discovery Conference on Tuesday, May 26, 2026 at 2:00 p.m.  Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

DATED:      New York, New York
            April 22, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2