**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
GOLDMAN SACHS & CO. LLC, and THE
GOLDMAN SACHS GROUP, INC.,

                               Petitioners,

                   -against-

TIM LEISSNER,

                           Respondent.
------------------------------------------------------------------------X

**23 Civ. 5266 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On June 11, 2026, the Court held a discovery conference with respect to Petitioners' requests for discovery from non-parties Kimora Lee Simmons ("Lee") and Robinson & Company LLC and G. Robinson & Company, LLC (the "Robinson Entities") (collectively, the "Non-Parties").  (*See* Dkt. No. 88 (parties' pre-conference letter of June 10, 2026)).  For the reasons discussed during the conference, it is hereby ORDERED that:

1.  Lee shall complete her production of readily accessible bank documents by no later than June 19, 2026;

2.  Lee shall request otherwise responsive, non-duplicative bank documents from her financial institutions by no later than June 19, 2026;

3.  The Non-Parties shall expeditiously run the search terms agreed upon for Phase 2 of production.  Petitioners and the Non-Parties shall thereafter meet and confer and, by no later than June 23, 2026, file a joint letter informing the Court of

the status of the Phase 2 production and proposing a reasonable deadline for completion of Phase 2 production;

4.  Petitioners and the Non-Parties shall submit a joint status letter detailing their progress in discovery by no later than July 7, 2026; and

5.  This action is scheduled for a Discovery Conference on Thursday, July 9, 2026 at 2:30 p.m.  Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

DATED:    New York, New York
          June 11, 2026

_____

The Honorable Gary Stein
United States Magistrate Judge

2