**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

GOLDMAN SACHS & CO. LLC, and THE GOLDMAN SACHS GROUP, INC.,

Petitioners,

-against-

TIM LEISSNER,

Respondent.

-----------------------------------------------------------------------X

**23 Civ. 5266 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On July 9, 2026, the Court held a discovery conference with respect to Petitioners' ongoing requests for discovery from non-parties Kimora Lee Simmons ("Lee") and Robinson & Company LLC and G. Robinson & Company, LLC (the "Robinson Entities") (collectively, the "Non-Parties"). (*See* Dkt. Nos. 93, 95, 98). As discussed further during the conference, it is hereby ORDERED that:

1. Lee shall complete production of phase 2 documents, to be produced on a rolling basis, by no later than August 7, 2026;

2. Lee shall sit for a deposition during the week of September 21, 2026; and

4. Petitioners and the Non-Parties shall submit a joint status letter detailing their progress in discovery by no later than July 27, 2026.

**SO ORDERED.**

DATED: New York, New York
July 10, 2026

The Honorable Gary Stein
United States Magistrate Judge