Benesch

Lauren Zimmerman
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.356.6023
Fax: 646.755.3397
lzimmerman@beneschlaw.com

September 17, 2026

Via ECF
Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: *Goldman Sachs & Co. v. Leissner*, No. 23-CV-05266

Dear Judge Stein,

Non-parties Rapid Medical Logistics LLC, Rapid Logistics Couriers LLC, Rapid Final Mile LLC, Triple Y Capital LLC, and LY Holdco Management LLC (together, "Movants") respectfully request a short extension—from September 23 to September 30, 2026—of their deadline to seek reconsideration of, or lodge objections to, the Court's September 9, 2026 order (ECF No. 130, the "September 9 Order") resolving Movants' motions to quash several subpoenas (ECF Nos. 106, 109).

Under Local Civil Rule 6.3 and Federal Rule of Civil Procedure 72(a), respectively, Movants' deadline to move for reconsideration of, or lodge objections to, the September 9 Order is September 23, 2026—*i.e.*, 14 days after service of the September 9 Order via ECF. While the deposition of Respondent Kimora Lee ("Ms. Lee") was previously scheduled for September 21, 2026, *see* ECF No. 129, at 2, Movants have recently learned that Ms. Lee's deposition has been rescheduled to September 23, the same day as Movants' above-referenced deadline. Movants therefore respectfully request a one-week extension of that deadline, until September 30, to afford them an opportunity to evaluate the effect, if any, of Ms. Lee's deposition testimony on their rights and remedies under applicable law.[1]

This is Movants' first such request, and granting it would not affect any other court-ordered deadlines or risk any prejudice to Petitioners. Petitioners nonetheless have indicated that they do not consent to the request.

Respectfully submitted,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

*/s/ Lauren J. Zimmerman*

Lauren J. Zimmerman

[1] In addition, while Movants have executed the Protective Order, Petitioners have not yet shared the relevant discovery materials that Petitioners raised and committed to producing during the August 31, 2026 discovery conference.