SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

October 9, 2026

Via ECF

The Honorable Gary Stein,
United States District Court,
Southern District of New York,
500 Pearl Street, Courtroom 9A,
New York, New York 10007.

Re: *Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc.* v. *Tim Leissner*, No. 23-cv-05266-JLR (closed 10/26/2023)

Dear Judge Stein:

On behalf of Petitioners Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc. (collectively, "Goldman Sachs"), we write pursuant to Section III.H of Your Honor's Individual Rules and the Stipulated Amended Protective Order entered in the above-captioned matter, ECF 85 (the "Protective Order"), to request leave to file under seal Petitioners' and Rapid Logistics Couriers LLC, Rapid Logistics Couriers LLC, Rapid Final Mile LLC, Triple Y Capital LLC, and LY Holdco Management LLC's (collectively, "Movants") joint letter pursuant to Your Honor's September 9, 2026 Order directing the parties to provide a status update on the ordered production. ECF 130.

The Protective Order governs the disclosure of "any 'Discovery Material' (*i.e.*, information of any kind produced or disclosed pursuant to post-judgment discovery from Goldman Sachs) that is designated as 'Confidential' pursuant to the terms of this Protective Order," which shall not be disclosed except as expressly permitted under the Protective Order. Protective Order ¶ 1, *see id.* ¶ 6. Pursuant to the Protective Order, the producing party may designate Discovery Material as "Confidential" if "counsel determines reasonably and in good faith that such designation is necessary to protect the interests of the client in information that is proprietary, a trade secret, or otherwise sensitive and non-public financial or business information; that is of a personal or intimate nature regarding any individual; or that is subject to a contractual or other duty of confidentiality owed by the client to a third party." *Id.* ¶ 2.

The Discovery Material referenced in the joint letter was designated "Confidential" by the producing parties. Pursuant to the Protective Order, the "producing Party or non-Party will be responsible for making any factual or legal showing required to maintain the documents under seal." *Id.* ¶ 11.

Respectfully submitted,

*/s/ Robert A. Sacks*

Robert A. Sacks
Nicole W. Friedlander

cc: All Counsel of Record via ECF.

The producing parties who have designated the relevant Discovery Material as "Confidential" shall submit a letter explaining why this material should be kept under seal, under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 453 F.3d 110 (2d Cir. 2006), by no later than Tuesday, October 20, 2026. If no such submission is made by that date, the Court shall order that the material be unsealed. SO ORDERED.

Date: October 15, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**